PAULL v. STATE
No. A-2392.   Opinion Filed November 27, 1915.
(152 Pac. 1198.)
Appeal from County Court, Cleveland County; F. B. Swank, Judge.
C. E. Paull was convicted of trespassing and he appeals.   Affirmed.

Ben F. Williams and Thos. W. Mayfield, both of Norman, for plaintiff in error.

R. McMillan, Asst. Atty. Gen., for the State.

PER CURIAM. Plaintiff in error, C. E. Paull, was convicted at the October, 1914, term of the county court of Cleveland county on a charge of trespassing, and his punishment fixed at a fine of $10. A careful examination of the record discloses no merit in this appeal, and the judgment of the trial court is affirmed.